# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ROTHCHILD<br><br>　　　　　　Plaintiff,<br>　　v.<br>PHH MORTGAGE, et al.,<br>　　　　　　Defendants. | Case No. 2:12-cv-3714-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE** |

　　　　Upon review of Plaintiff's First Amended Complaint, it appears to be nearly identical to the original Complaint, except the missing pages have been added. The First Amended Complaint still contains primarily legal conclusions, and lacks facts alleging what Defendants have specifically done to Plaintiff.

　　　　Nevertheless, Plaintiff has a bigger problem to contend with. Under Federal Rule of Civil Procedure 4(m), Defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). No proof of service has been filed with the Court, and no Defendants have appeared in this case. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why

1 Defendants have not been timely served.  Plaintiff has 10 days to comply with this
2 order; or if Defendants have been served, Plaintiff has 10 days to file the proofs of
3 service.  Failure to respond will result in dismissal of this action.
4       Again, the Court advises Plaintiff that a Federal Pro Se Clinic is located in the
5 United States Courthouse at 312 N. Spring Street, Room 525, Fifth Floor, Los
6 Angeles, California 90012.  The clinic is open for appointments on Mondays,
7 Wednesdays, and Fridays at 9:30 a.m.  The Federal Pro Se Clinic offers free, on-site
8 information and guidance to individuals who are representing themselves in federal
9 civil actions.  Plaintiff is encouraged to visit the clinic for advice concerning his case.

10       **IT IS SO ORDERED.**
11       August 31, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2